IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN MCCARTHY,<br><br>Plaintiff,<br><br>vs.<br><br>MENARD, INC., JOHN DOES 1-3, and JOHN DOE CORPORATIONS 1-3,<br><br>Defendants. | **8:25CV306**<br><br>**ORDER ON PLAINTIFF'S MOTION TO DISMISS DOE DEFENDANTS** |

This case is before the Court on Plaintiff's Motion to Dismiss Doe Defendants. Filing 39. Pursuant to Federal Rule of Civil Procedure 21 and the text minute entry for October 22, 2026, Filing 37, Plaintiff voluntarily dismisses Defendants John Does 1–3 and John Doe Corporations 1–3 without prejudice. Filing 39 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Dismiss Doe Defendants, Filing 39, is granted, and Defendants John Does 1–3 and John Doe Corporations 1–3 are voluntarily dismissed without prejudice.

Dated this 6th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge